No. 77–5452. DIAZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 77–5461. PARTYKA v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 77–5468. DOUGLAS v. WARDEN, PETERSBURG FEDERAL REFORMATORY, ET AL. C. A. 4th Cir. Certiorari denied.

No. 77–5469. BLACKWELL v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 77–5555. BREEDEN v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 77–5563. SASIADEK v. UNITED STATES VETERANS' ADMINISTRATION BOARD OF VETERANS' APPEALS ET AL. C. A. D. C. Cir. Certiorari denied.

No. 77–5571. TENNENT v. AUCOIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 77–5577. RODEN v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 77–5591. MCCRACKEN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–5626. DUDEK, AKA LANDERS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–5658. ROLLINS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 77–5663. LYDAY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–5698. GALE v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.